IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 05-04024-01-CR-C-NKL |
| | ) |
| MICHAEL WAYNE THORNTON, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

This case comes before the Court for hearing pursuant to Title 18 U.S.C. § 4243 and 4247(d), to determine whether the Defendant's conditional release should be revoked.

A review of the files and testimony in this case establishes that Mr. Thornton did not comply with his prescribed medical regime. Further Mr. Thornton's continued release creates a substantial risk of bodily injury to another person or serious damage to property of another. Specifically, Mr. Thornton's psychiatrist testified that Mr. Thornton has not recovered from his mental disease or defect to such an extent that conditional release is appropriate at this time. Finally, state placement is currently unavailable.

Therefore, the clear and convincing evidence establishes that the Defendant's conditional release should be revoked. It is therefore

ORDERED that Defendant's conditional release is revoked and he is committed to

the Federal Bureau of Prisons facility at Butner, North Carolina, subject to periodic review as provided in 18 U.S.C. § 4243.

IT IS SO ORDERED.

 s/ Nanette K. Laughrey
NANETTE K. LAUGHREY
United States District Judge

Dated: April 18, 2011
Jefferson City, Missouri