# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:05-cr-04024-SRB |
| | ) | |
| MICHAEL WAYNE THORNTON, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Before the Court is Magistrate Judge Whitworth's Report and Recommendation recommending that Defendant's Motion for Unconditional Release be granted, and that Defendant's father, Don Thornton, remain his legal guardian for a period of one year from the date of his unconditional release. (Doc. #125). Defendant states he has no objection to the Report and Recommendation. (Doc. #126). After an independent and careful review, the Court adopts Judge Whitworth's finds of fact and conclusions of law.

Accordingly, it is hereby

ORDERED that Judge Whitworth's Report and Recommendation (Doc. #125) shall be attached to and made part of this Order, and Defendant's Motion for Unconditional Release (Doc. #103) is GRANTED.

**IT IS SO ORDERED.**

DATED: July 20, 2016   /s/ Stephen R. Bough
　　　　　　　　　　　　　　　　　JUDGE STEPHEN R. BOUGH
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT